**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ***In Re Human Genome Sciences Inc. Securities Litigation*** | * * * * * | Civil Action No.: RWT 11cv3231 |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | * * * | CLASS ACTION |

**ORDER**

Upon consideration of Defendant Human Genome Sciences, Inc.'s Motion to Dismiss [ECF No. 29] and Defendant Glaxo Smith Kline, PLC's Motion to Dismiss [ECF No. 30], it is, for the reasons stated in the accompanying memorandum opinion, this 26th day of March, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Human Genome Sciences, Inc.'s Motion to Dismiss [ECF No. 29] is **GRANTED**; and it is further

**ORDERED**, that Defendant Glaxo Smith Kline, PLC's Motion to Dismiss [ECF No. 30] is **GRANTED**; and it is further

**ORDERED**, that the Amended Complaint is **DISMISSED**; and it is further

**ORDERED**, that judgment for costs be **ENTERED** in favor of Defendants; and it is further

**ORDERED**, that the Clerk shall **CLOSE** the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE